AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Oscar Vladimir Escalante, a/k/a "Cuddy," a/k/a "Hoggy" | ) ) ) ) ) | Case No. 4-16-71061 |
| Defendant(s) | | |

FILED
AUG 19 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 16, 2016 in the county of Contra Costa in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to mfr, distribute, possess with intent to distribute heroin, cocaine, methamphetamine, alprazolam and 100 or more marijuana plants |
| 21 U.S.C. § 841(a)(1), (b)(1)(B) | Manufacture, distribution, possession with intent to distribute heroin, cocaine, methamphetamine, alprazolam and 100 or more marijuana plants |
| 21 U.S.C. § 843(b) | Illegal use of a communications facility |
| 18 U.S.C. § 922(o) | Possession and transfer of a machine gun |
| 18 U.S.C. § 1956(h) | Conspiracy to launder drug proceeds |

This criminal complaint is based on these facts:

See attached affidavit of DEA TFO Jarred Pereira.
(Approved as to form: _____ AUSA Frank Riebli)

☑ Continued on the attached sheet.

_____
Complainant's signature

Jarred Pereira, DEA TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/18/16

_____
Judge's signature

City and state: Oakland, CA       Hon. Kandis A. Westmore, U.S. Magistrate Judge
Printed name and title